UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL KARUNATILAKA, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TESLA, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-02742-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA DUE TO EARLIER-FILED RELATED ACTION AND TO EXTEND DEADLINE FOR TESLA TO RESPOND TO THE COMPLAINT**<br><br>Judge:　　　　Hon. William B. Shubb<br>Compl. Filed:　November 22, 2023 |

The Court having considered the Parties' joint Stipulation To Transfer Action To The Central District Of California And To Extend Deadline To Respond To The Complaint, the pleadings, and other papers on file in this action, hereby **GRANTS** the Stipulation.

**THEREFORE, IT IS ORDERED THAT** the Clerk

1. This case shall be transferred to the Central District of California, so that it can be related to the earlier-filed matter captioned *Reynolds v. Tesla, Inc.*, Case No. 2:23-cv-09665-HDV-RAO (C.D. Cal.).

2. The deadline for Tesla to respond to the Complaint shall be extended until March 19, 2024.

**IT IS SO ORDERED**.

Dated:  February 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1
ORDER GRANTING STIPULATION TO TRANSFER ACTION TO CENTRAL DISTRICT OF CALIFORNIA
AND TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT